occupied by Sun Cosmetic Shop and the nature of the layout of tenant's store. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 861.]

SIDNEY G. ELSTEIN, Respondent, v. BEN M. BECKER et al., Appellants.—

No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See 280 App. Div. 863.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HEZEKIAH HAMILTON, Appellant. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SIMONETTI, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ATRABIN, INCORPORATED, Appellant.—

Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

JAMES PUPA, JR., Appellant, v. AQUARIUM RESTAURANT, INC., Respondent.—

Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.; Shientag, J., dissents and votes to affirm.

DUANE JONES COMPANY, INC., Respondent, v. FRANK G. BURKE, JR., et al., Appellants.—

No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [Order denied motion to dismiss complaint.]

BRITISH AMERICAN & EASTERN CO., INC., Respondent, v. CROSS ISLAND STEEL CO., INC., Appellant.—

No opinion. Present — Peck, P. J.. Dore, Cohn, Callahan and Shientag, JJ.